■ SEYMERE L. MASTEN et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent.— Motion to dismiss appeal denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ BELOTTE & NARDONE, INC., Appellant, v. DUNN GARDEN APARTMENTS, INC., Respondent.— Motion to dismiss appeal denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PASQUALE DE LILLI, Plaintiff, v. NIAGARA MOHAWK POWER CORPORATION et al., Defendants. NIAGARA MOHAWK POWER CORPORATION, Third-Party Plaintiff-Respondent, v. PERINI CORPORATION, Third-Party Defendant-Appellant. — Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before February 20, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## FOURTH DEPARTMENT, JANUARY, 1960

### (January 13, 1960)

■ ROBERT B. JOHNSON et al., Respondents, v. JANE A. MESSLER, Appellant.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Monroe County Court denying defendant's motion to dismiss the amended complaint in an action for treble damages alleged to have been caused to eight pine trees by horses pastured upon defendant's property.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ RICHARD A. NORRIS, as Trustee in Bankruptcy of NEWJER CONTRACTING COMPANY, INC., Respondent, v. DEPEW PAVING COMPANY, INC., et al., Respondents, and CONTINENTAL CASUALTY COMPANY, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term granting motions by defendants Depew Co., American Surety Co. and Travelers Co. for leave to amend their answers and denying motion by defendant Casualty Co. for summary judgment.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ GEORGE P. YOOUM et al., Respondents, v. GORDON A. DAVIS, INC., et al., Appellants.— Order modified so as to require defendants to produce certified copies of New York State income tax returns of the corporate defendant relating to the calendar year 1954 or any part thereof, and so as to eliminate the requirement of the production of any other returns, and as so modified, affirmed, without costs of this appeal to any party. Memorandum: There is no showing in the papers before us which justifies the production of the tax returns of the individual defendant or the production of the tax returns of the corporate defendant for any other than the year 1954. All concur. (Appeal from an order of Herkimer Special Term directing production of certain records of the Moose Head Hotel for discovery and inspection.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ FRANK HOEFLER, Respondent, v. GEORGE G. GALLERY, Respondent, and NATIONAL UNION FIRE INSURANCE CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.